UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X

AITABDELLAH SALEM,

                                                                    Plaintiff,

-against-

CITY OF NEW YORK, JOSEPH PONTE, COMMISSIONER OF
THE NEW YORK CITY DEPARMTENT OF CORRECTION,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, JOHN
DOE NO.1, WARDEN, NEW YORK CITY DEPARTMENT OF
CORRECTION, JOHN DOE NO. 2, ASSISTANT WARDEN,
OF THE NEW YORK CITY DEPARTMENT OF CORRETION,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, JOHN
DOE NO.3, TOUR COMMANDER NEW YORK CITY
DEPARTMENT OF CORRECTION, AMKC, RIKERS ISLAND,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, JOHN
DOE NO. 4, CAPTAIN, NEW YORK CITY DEPARTMENT OF
CORRECTION, AMKC, RIKERS ISLAND, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY.

                                                                    Defendants.

------------------------------------------------------------------------------------X

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**

17-CV-4799 (JGK)

        **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Alexander Noble in Support of Defendants' Motion to Dismiss, dated January 23, 2018, and Memorandum of Law of the same date, defendants City of New York and Ponte will move this Court, before the Honorable John G. Koeltl, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing plaintiff's alleged claims with prejudice, together with such further and other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that plaintiff's opposition papers, if any, are due on or before February 13, 2018, and reply papers, if any, are due on or before February 28, 2018.

Dated:    New York, New York
            January 23, 2018

                                ZACHARY W. CARTER
                                Corporation Counsel for the
                                  City of New York
                                *Attorney for Defendants City and Ponte*
                                100 Church Street, Room 3-168
                                New York, New York 10007
                                (212) 356-2357

                                By:    /s/
                                       Alexander Noble
                                       Assistant Corporation Counsel
                                       Special Federal Litigation Division

cc:    **VIA FIRST CLASS MAIL & ECF**
       Welton K. Wisham, Esq.
       *Attorney for Plaintiff*