THE LAW OFFICES OF
**WELTON K. WISHAM, ESQ**
ATTORNEY AND COUNSELLOR AT LAW
43 West 43rd Street, Suite 95
New York, New York 10036-7424

**Office (212) 709-8183**                                             **Facsimile: (718) 678-8062**

**February 7, 2018**

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Aitabdellah Salem v. City of New York**, et.al.
    17 CV 4799 (JGK)
    Request for Extension of time to File Motion in Opposition

    Your Honor,

    Please be advised that I am counsel to Mr. Aitabdellah Salem in the above reference matter, and as such, I am fully familiar with the facts and circumstances in this case.

    On January 23, 2018, Defendants filed a motion to dismiss Plaintiff's Amended Complaint pursuant to F.R.C.P. 12 (b) (6).  Plaintiff's submissions in opposition are due on February 13, 2018.

    As counsel to the Plaintiff, I am hereby respectfully requesting an extension of time to file Plaintiff's Motion in Opposition to Dismiss Plaintiff's Amended Complaint.

    I am request an extension to file my opposition papers to February 28, 2018. An extension of time to file is necessary due to my current workload which involved submission of a motion of opposition to dismiss a complaint on another matter. In addition, I have a mediation hearing in Federal Court, Southern District of New York which requires my presence on February 23, 2018.

    Mr. Alexander Noble, counsel for the Defendants has consented to my request for an extension to filed my motion in opposition on February 28, 2018.

    No prior application has been made regarding this matter.   I thank you for your attention to this matter.

    Respectfully Submitted,

…

/s/ Welton K. Wisham (WW8674)

_____

Attorney for the Plaintiff

To:
Mr. Alexander Noble, Esq.
Special Federal Litigation Division
The City of New York Law Department
100 Church Street, 3rd FL.
New York, New York, 10007
(212) 356-2357