

# THE CITY OF NEW YORK
## LAW DEPARTMENT

SPECIAL FEDERAL LITIGATION DIVISION
100 Church Street, 3rd Floor
New York, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**ALEXANDER NOBLE**
phone: (212) 356-2357
fax: (212) 356-3508
email: anoble@law.nyc.gov

March 8, 2018

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Aitabdella Salem v. City of New York, et al.,
17-CV-4799 (JGK)

Your Honor:

I am an Assistant Corporation Counsel and the attorney for defendants City of New York and Commissioner Joseph Ponte (hereinafter "City Defendants") in the above-referenced matter. City Defendants write to respectfully request permission to file a reply memorandum of law with (5) additional pages beyond the page limitation set forth in Your Honor's Individual Practices. Counsel for plaintiff consent to this request.

Plaintiff filed a memorandum in opposition to defendants' motion to dismiss the Amended Complaint that is 34 pages long and contains 10 documentary exhibits. (See ECF No. 66-1.) Defendants require 5 additional pages for their reply memorandum of law, due to be served and filed on March 14, 2018, in order to fully address the arguments and materials set forth in plaintiff's opposition papers.

Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/

ALEXANDER NOBLE
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: Welton Kemilious Wisham *(By ECF)*
    *Counsel for Plaintiff*