UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AITABEDELLAH SALEM,                    17-cv-4799 (JGK)

        Plaintiff,                 ORDER

  - against -

CITY OF NEW YORK, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to submit courtesy copies of both sides' papers associated with the pending motion to dismiss (Dkt. No. 59) by **Friday, March 23, 2018**.

SO ORDERED.

Dated:    New York, New York
         March 20, 2018

                                    John G. Koeltl
                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/20/18