UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SALEM,

                Plaintiff(s),

            -against-

CITY OF NEW YORK,

                Defendant(s).
-------------------------------------------------------X

**NOTICE OF ORAL ARGUMENT**

17 civ 4799 (JGK)

To All Parties,

        You are directed to appear for oral argument on the pending motion(s), to be held on

**Friday, July 20, 2018, at 11:00am,** in Courtroom 14A, in front of the Honorable

John G. Koeltl.

        **All requests for adjournments must be made in writing to the Court.**

        For any further information, please contact the Court at (212) 805-0107.

**Don Fletcher**
**Courtroom Case Manager**

Dated: New York, New York
       June 27, 2018

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2018