UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

AITABEDELLAH SALEM,

                                                Plaintiffs,

                -against-

CITY OF NEW YORK, ET AL.,

                                               Defendants.

**NOTICE OF APPEARANCE**

17-CV-4799 (JGK)

------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that Joseph Gutmann, Assistant Corporation Counsel, appears herein as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, for defendants City of New York, New York City Department of Correction, and Commissioner Joseph Ponte and demands that all notices and other papers be served upon the defendants at this office.

Dated:  New York, New York
          July 17, 2018

                                            ZACHARY W. CARTER
                                            Corporation Counsel
                                             of the City of New York
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 356-2659

                                            By:   */s/ Joseph Gutmann*
                                                      Joseph Gutmann
                                                      Assistant Corporation Counsel

        **BY ECF**
cc:     Welton Kemilious Wisham
        *Counsel for Plaintiff*