11/28/2014  16:24     12122251537           MDC COURT CONTROL              PAGE  01/01

CRIMINAL COURT OF THE CITY OF NEW YORK

PART _____F_____  COUNTY OF _____NEW YORK_____

TO: THE COMMISSIONER OF CORRECTION of the City of New York

Judge _____M CRANE_____ of the Criminal Court of the City of New York, has

ORDERED that defendant _____SALEM, AITABDELLAH_____ NYSID No. _____08386091H_____

be RELEASED FROM CUSTODY in connection with Docket No. _____2014N088854_____
You are commanded to perform all required procedures to effect the defendant's
IMMEDIATE RELEASE in connection with this matter.

You are further directed to advise the defendant that he/she must appear in Part _____F_____

of the _____CRIMINAL_____ Court, County of _____NY_____ on _____2/10/15_____ to
answer the charges contained in the above mentioned Docket.

Dated: _____11-28-14_____          _____
                                    Judge/Court Clerk

Received by the
Department of Correction: _____

CRC 3124 (1/98)  [CRC 150]    White (original) in Correction Department    Yellow copy to Defendant    Pink copy to Court file