AMKC 2/11

CRIMINAL COURT OF THE CITY NEW YORK
COUNTY OF NEW YORK: PART F
----------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK :                ORDER TO PRODUCE
              -against-                              DKT.NO.: 2014NY0<u>8</u>
AITABDELLAH SALEM

                                                     NYSID.NO.: 083860<u>1</u>
        Defendant                                    BK & C#: 895-14-<u>1</u>

----------------------------------------X

  WHEREAS, the above-named defendant, presently confined at ANNA M. KROSS CORRECTIONAL FACILITY under the supervision and control of the Warden, and

  WHEREAS, his attendance will be necessary in the Criminal Court of the State of New York, TO SET A ONE DOLLAR BAIL. It is hereby

  ORDERED, that the Warden of said facility or whosoever shall have the supervision and control of a defendant, shall deliver the said defendant in civilian clothes into the custody of the Commissioner of Correction of the City of New York, and it is further

  ORDERED, that the Commissioner of Correction receive the said defendant from the said Warden and produce in Part F, on January 21, 2015 at 9:00 a.m. of that day at the Courthouse, located at 100 Centre Street.

DATED:   NEW YORK, NEW YORK
         January 15, 2015

SO ORDERED
_____
PATRICIA A. HENRY