| Name of Defendant (Print) | | | | Criminal Court Number | | Separate Court Number | Year |
|---|---|---|---|---|---|---|---|
| (Last) | (First) | (Initial) | | | | | |
| SALEM, | AITABDELLAH | | 2 0 1 4 N Y 0 8 8 5 4 2 | | | | 2 0 |

**COURT ACTION**

| CALENDAR | | ADJOURNED TO | | BAIL CONDITION | COURT OFFICIAL |
|---|---|---|---|---|---|
| DATE | PART | JUDGE/JUSTICE | DATE | PART | | SIGNATURE TITLE |
| 12-2014 | | HON. ROSS | 1-26 | -F- | -25,000-/25,000- | |
| 2-13 | F | HONG | 2-11-15 | F | -ONE Dolla— | RBlau |
| 2-11 | F | SoKoloFF | 5-28 | F | -one dollar/one dollar | CR  vcw |

BAIL RECEIPT & NOTICE TO PERSON POSTING BAIL

№ 960021

| Dept. of Finance Treasury Receipt Stamp | | Date Bail $ Received (Today's Date) | Time Bail $ Received |
|---|---|---|---|
| | | 4 - 15 - 15 | 1200 |

| Indictment # | Docket # | Defendant's Name (Last, First and M.I.) |
|---|---|---|
| | 2 0 1 4 0 8 8 5 4 2 | People v.  Salem  Aita bdellah |

| 310 # | Book & Case # | Offense(s) |
|---|---|---|
| 3 8 6 0 9 1 | H 8 9 5 1 4 0 1 1 2 | 120 . 05 (3) |

| Name of Judge/Justice Who Set Bail | County | Court | Part |
|---|---|---|---|
| Sokoloff | NY | Criminal | F |

| Last Court Date Bail Was Set | Bail Amount (Numerical) | Bail Amount (Written) | |
|---|---|---|---|
| 2-11-15 | $ One (1) Dollar | One (1) Dollar | DOLLAR(S) |

Check One: Cash ☒    (if check(s) or money order(s), enter number(s) and name(s) of issuing organization(s))
Check or Money Order

Describe any outstanding warrants or detainers, including surety investigation, prohibiting defendant's immediate discharge.
If none, write "NONE".
NC Holds / NO WARRANTS

Having posted the bail amount listed above, and having read the information on the back of Copy 1 concerning bail refunds, and having been notified of any outstanding warrants or detainers prohibiting the immediate discharge of the defendant; I undertake that the defendant will appear in this action whenever required & will at all times render himself/herself amenable to the orders and processes of the court, and I acknowledge that the bail will be forfeited if the defendant does not comply with any requirement or order of process to appear in this action, and that his/her next scheduled court appearance is at 9:30 A.M. on the date and place written below:

| Date of Next Court Appearance | County | Court | Part |
|---|---|---|---|
| 5-28-15 | NY | Criminal | F |

| Signature of Person Posting Bail | Name of Person Posting Bail (Printed) | Occupation of Person Posting Bail |
|---|---|---|
| | KEU CAIC | Choplin |

| Residential Address of Person Posting Bail (Including ZIP Code) |
|---|
| 18-18    Hazen St    HmKC |

| Signature of Employee Receiving Bail $ | Title | Shield or ID # | Facility Recv'g Bail $ | Facility Housing Inmate |
|---|---|---|---|---|
| | CO | 13556 | HmKC | HmKC |

| Signature of Clerk of Court | Name of Clerk of Court (Printed/Stamped) | Date Bail Receipt Received at Court |
|---|---|---|

Distribution & Routing Instructions

1-3 Transmit to NYC Department of Finance for their files. (Also, 5th copy to facility housing inmate if it is not the facility receiving bail.)

COPY 3

34 R (4/91)

*[Handwritten margin notes, right side:]* Show 4-15-15 Intake Caption · CASH given to Cashier $1.00 CC