

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
SPECIAL FEDERAL LITIGATION DIVISION
100 Church Street, 3rd Floor
New York, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**JOSEPH GUTMANN**
phone: (212) 356-2659
fax: (212) 356-3508
email: jgutmann@law.nyc.gov

September 27, 2018

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Aitabdellah Salem v. City of New York, et al.</u>,
                17-CV-4799 (JGK)

Your Honor:

      I am an Assistant Corporation Counsel and the attorney for defendants City of New York and Commissioner Joseph Ponte in the above-referenced matter. Defendants write to respectfully request that the Court adjourn the pre-motion conference currently scheduled for Tuesday, October 2, 2018. This is defendants' first request for an adjournment of the pre-motion conference and plaintiff's counsel, Welton K. Wisham, Esq., consents to this request. The reason for this request is that the undersigned will be out of the office and unavailable on October 2, 2018 as that day is a religious holiday. The parties have conferred and are available for a rescheduled conference on October 9, 2018.

      Defendants thank the Court for its consideration of this request.

                                Respectfully submitted,

                                /s/

                              Joseph Gutmann
                              *Senior Counsel*
                              Special Federal Litigation Division

2

cc: Welton Kemilious Wisham *(By ECF)*
*Counsel for Plaintiff*