USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __10-12-18__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AITABEDELLAH SALEM,

                Plaintiff,        17-cv-4799 (JGK)

    -against-                 ORDER

CITY OF NEW YORK ET AL.,

                Defendants.

JOHN G. KOELTL, United States District Judge:

    The defendants may move to dismiss by **November 13, 2018.** The plaintiff shall respond to the motion to dismiss by **January 4, 2019.** The defendant shall reply by **January 22, 2019.**

SO ORDERED.

Dated: October 11, 2018
      New York, New York

                                      _____
                                          JOHN G. KOELTL
                               United States District Judge