

**ZACHARY W. CARTER**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
## LAW DEPARTMENT

SPECIAL FEDERAL LITIGATION
DIVISION
100 Church Street, 3rd Floor
New York, NY 10007

**JOSEPH GUTMANN**
phone: (212) 356-2659
fax: (212) 356-3509
email: jgutmann@law.nyc.gov

November 9, 2018

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Aitabdella Salem v. City of New York, et al.,
               17-CV-4799 (JGK)

Your Honor:

      I am a Senior Counsel and the attorney for defendants City of New York and Commissioner Joseph Ponte (hereinafter "City Defendants") in the above-referenced matter. City Defendants write to respectfully request permission to file a memorandum of law with 1,500 additional words beyond the word limitation set forth in Your Honor's Individual Practices. Counsel for plaintiff consents to this request.

      Plaintiff's Second Amended Complaint is comprised of 64 pages and 373 separately numbered paragraphs. (See ECF No. 74.) Defendants require approximately 1,500 additional words for their memorandum of law, due to be served and filed on November 13, 2018, in order to fully address the claims set forth in plaintiff's Second Amended Complaint.

      Defendants thank the Court for its consideration herein.

      Respectfully submitted,

      /s/

      Joseph Gutmann
      *Senior Counsel*
      Special Federal Litigation Division

cc:     Welton Kemilious Wisham *(By ECF)*
        *Counsel for Plaintiff*