UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X

AITABDELLAH SALEM,

                                              Plaintiff,

                    -against-

CITY OF NEW YORK, JOSEPH PONTE, COMMISSIONER OF THE NEW YORK CITY DEPARMTENT OF CORRECTION, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO.1, WARDEN, NEW YORK CITY DEPARTMENT OF CORRECTION, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO. 2, ASSISTANT WARDEN, OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO.3, TOUR COMMANDER NEW YORK CITY DEPARTMENT OF CORRECTION, AMKC, RIKERS ISLAND, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO. 4, CAPTAIN, NEW YORK CITY DEPARTMENT OF CORRECTION, AMKC, RIKERS ISLAND, IN HIS INDIVIDUAL CAPACITY.

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**

17-CV-4799 (JGK)

                                              Defendants.

------------------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Joseph Gutmann in Support of Defendants' Motion to Dismiss the Second Amended Complaint, dated November 13, 2018, and Memorandum of Law of the same date, defendants City of New York and Ponte will move this Court, before the Honorable John G. Koeltl, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing plaintiff's alleged claims with prejudice, together with such further and other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that plaintiff's opposition papers, if any, are due on or before January 4, 2019, and reply papers, if any, are due on or before January 22, 2019.

Dated:    New York, New York
          November 13, 2018

                                        ZACHARY W. CARTER
                                        Corporation Counsel for the
                                          City of New York
                                        *Attorney for Defendants City and Ponte*
                                        100 Church Street, Room 3-163
                                        New York, New York 10007
                                        (212) 356-2659

                                        By:    /s/
                                               Joseph Gutmann
                                               Senior Counsel
                                               Special Federal Litigation Division

cc:   **VIA FIRST CLASS MAIL & ECF**
      Welton K. Wisham, Esq.
      *Attorney for Plaintiff*