UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X

AITABDELLAH SALEM,

                              Plaintiff,

              -against-

CITY OF NEW YORK, JOSEPH PONTE, COMMISSIONER OF THE NEW YORK CITY DEPARMTENT OF CORRECTION, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO.1, WARDEN, NEW YORK CITY DEPARTMENT OF CORRECTION, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO. 2, ASSISTANT WARDEN, OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO.3, TOUR COMMANDER NEW YORK CITY DEPARTMENT OF CORRECTION, AMKC, RIKERS ISLAND, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO. 4, CAPTAIN, NEW YORK CITY DEPARTMENT OF CORRECTION, AMKC, RIKERS ISLAND, IN HIS INDIVIDUAL CAPACITY.

                              Defendants.

------------------------------------------------------------------------------------X

**DECLARATION OF JOSEPH GUTMANN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

17-CV-4799 (JGK)

       **JOSEPH GUTMANN**, an attorney duly admitted to practice law in the State of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

       1.  I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York. I am the attorney assigned to the defense of this action. As such, I am familiar with the facts and circumstances stated herein.

       2.  I submit this declaration in further support defendants' motion to dismiss the Second Amended Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure. In support of their motion, defendants submit the exhibits described below.

3.  Exhibit "1" is a true and correct copy of the Second Amended Complaint in this action, which sets forth, among other things, that plaintiff claims he was unlawfully detained in the custody of the Department of Correction (hereinafter "DOC") from November 28, 2014 to April 15, 2015.

4.  Exhibit "2" is a true and correct copy of plaintiff's DOC Prisoner Movement Log, which sets forth, among other things, that DOC transported plaintiff from Rikers Island to the criminal court on each date of scheduled court appearances.

5.  Exhibit "3" is a true and correct copy of the Certificate of Disposition in Docket No. 2014NY088542, which sets forth, among other things, that plaintiff was convicted and sentenced to a five year period of imprisonment on the charges arising under Docket No. 2014NY088542.

6.  Exhibit "4" is a true and correct copy plaintiff's DOC Jailtime Certification, which sets forth, among other things, that plaintiff was credited with time-served for the days he spent in custody between November 28, 2014 and April 15, 2015 toward his five year sentence under Docket No. 2014NY088542.

7. Exhibit "5" is a true and correct copy of plaintiff's DOCCS Inmate Lookup Sheet, which sets forth, among other things, that plaintiff is currently serving a prison sentence in the custody of the New York State Department of Corrections and Community Supervision.

Dated: New York, New York
       November 13, 2018

                                        ZACHARY W. CARTER
                                        Corporation Counsel for the City of New York
                                        *Attorney for Defendants City and Ponte*
                                        100 Church Street, Room 3-163
                                        New York, New York  10007
                                        (212) 356-2659

                                        By:   */s/*
                                            Joseph Gutmann
                                            Senior Counsel
                                            Special Federal Litigation Division

        **VIA ECF & FIRST CLASS MAIL**
TO:   Welton K. Wisham, Esq.
       *Counsel for Plaintiff*