```
14-NOV-17 12:32            Inmate Movement History Log (QHMOV)

BK&CS: 8951401121    Name: SALEM, AITABDELLAH                    NYSID: 08386091H
       Admit - Location: AMKC       Date: 23-NOV-14  Time: 10:36:35
       Disch - Location: AMKC       Date: 15-APR-15  Time: 16:11:56
```

| Branch | Date | Time | From | To | Reason Code | Housing Facility | Housing Area |
|---|---|---|---|---|---|---|---|
|  | 25-NOV-14 | 14:01:18 |      |      | HOUSING | AMKC | MOD-11B |
|  | 26-NOV-14 | 03:54:13 | AMKC | CNC2 | CRT     | AMKC | MOD-11B |
|  | 26-NOV-14 | 05:37:52 |      |      | HOUSING | AMKC | MOD-11A |
|  | 26-NOV-14 | 12:09:54 | AMKC | CNC2 | CRT     | AMKC | MOD-11A |
|  | 26-NOV-14 | 15:42:57 | CNC2 | AMKC | CRTRET  | AMKC | MOD-11A |
|  | 26-NOV-14 | 19:05:53 | CNC2 | AMKC | CRTRET  | AMKC | MOD-11A |
|  | 28-NOV-14 | 02:09:18 | AMKC | CNC2 | CRT     | AMKC | MOD-11A |
|  | 28-NOV-14 | 09:21:12 | AMKC | CNC2 | CRT     | AMKC | MOD-11A |
|  | 29-DEC-14 | 03:02:57 | AMKC | CLIN | CLINIC  | AMKC | MOD-11A |
|  | 29-DEC-14 | 03:02:57 | AMKC | CLIN | CLINIC  | AMKC | MOD-11A |
|  | 29-DEC-14 | 03:02:57 | AMKC | CLIN | CLINIC  | AMKC | MOD-11A |

Press <NEXT> for more movement activity history on this Inmate.

```
14-NOV-17 12:32          Inmate Movement History Log (QHMOV)

BK&CS: 8951401121    Name: SALEM, AITABDELLAH              NYSID: 08386091H
       Admit - Location: AMKC    Date: 23-NOV-14  Time: 10:36:35
       Disch - Location: AMKC    Date: 15-APR-15  Time: 16:11:56

                                        |                Reason   Housing    Housing
Branch     Date       Time      From    | To              Code    Facility   Area
------   ---------  --------   ------   | ------         -------- --------   ----------
         29-DEC-14  10:22:22   CLIN     | AMKC           XFER     AMKC       MOD-11A
         08-JAN-15  02:58:10   AMKC     | SNC1           CRT      AMKC       MOD-11A
         08-JAN-15  09:08:11   AMKC     | SNC1           CRT      AMKC       MOD-11A
         08-JAN-15  16:52:17   SNC1     | AMKC           CRTRET   AMKC       MOD-11A
         08-JAN-15  20:29:11   SNC1     | AMKC           CRTRET   AMKC       MOD-11A
         13-JAN-15  04:17:34   AMKC     | SNC1           CRT      AMKC       MOD-11A
         13-JAN-15  08:03:41   AMKC     | SNC1           CRT      AMKC       MOD-11A
         13-JAN-15  17:29:00   SNC1     | AMKC           CRTRET   AMKC       MOD-11A
         13-JAN-15  22:21:51   SNC1     | AMKC           CRTRET   AMKC       MOD-11A
         21-JAN-15  03:20:17   AMKC     | CNC2           CRT      AMKC       MOD-11A
         21-JAN-15  11:14:55   AMKC     | CNC2           CRT      AMKC       MOD-11A
```

Press <NEXT> for more movement activity history on this Inmate.

```
14-NOV-17 12:32          Inmate Movement History Log (QHMOV)

BK&CS: 8951401121    Name: SALEM, AITABDELLAH              NYSID: 08386091H
       Admit - Location: AMKC    Date: 23-NOV-14  Time: 10:36:35
       Disch - Location: AMKC    Date: 15-APR-15  Time: 16:11:56
```

| Branch | Date | Time | From | To | Reason Code | Housing Facility | Housing Area |
|--------|------|------|------|------|------|------|------|
|  | 21-JAN-15 | 18:04:47 | CNC2 | AMKC | CRTRET | AMKC | MOD-11A |
|  | 21-JAN-15 | 20:39:34 | CNC2 | AMKC | CRTRET | AMKC | MOD-11A |
|  | 11-FEB-15 | 03:20:23 | AMKC | CNC2 | CRT | AMKC | MOD-11A |
|  | 11-FEB-15 | 12:14:38 | AMKC | CNC2 | CRT | AMKC | MOD-11A |
|  | 11-FEB-15 | 17:32:41 | CNC2 | AMKC | CRTRET | AMKC | MOD-11A |
|  | 11-FEB-15 | 20:37:00 | CNC2 | AMKC | CRTRET | AMKC | MOD-11A |
|  | 12-MAR-15 | 14:28:01 |  |  | HOUSING | AMKC | 3 UPPER |
|  | 17-MAR-15 | 02:28:51 |  |  | HOUSING | AMKC | 4 UPPER |
|  | 15-APR-15 | 16:11:59 | AMKC |  | DISC |  |  |