```
         SUPREME COURT OF THE STATE OF NEW YORK       NO FEE
                        NEW YORK COUNTY
                        100 CENTRE STREET
                        NEW YORK, NY 10013


                 CERTIFICATE OF DISPOSITION INDICTMENT
```

DATE: 10/11/2017                CERTIFICATE OF DISPOSITION NUMBER: 53710

PEOPLE OF THE STATE OF NEW YORK     CASE NUMBER:            01341N-2015
              VS.                   LOWER COURT NUMBER(S):  2014NY088542
                                    DATE OF ARREST:         11/21/2014
                                    ARREST #:               M14701617
                                    DATE OF BIRTH:          ███████
SALEM, AITABDELLAH                  DATE FILED:             04/10/2015

            DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 06/16/2016 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE  CONVISER,DANIEL THEN A
JUSTICE OF THIS COURT.

ASSAULT 2nd DEGREE PL  120.05 03 DF
PETIT LARCENY  PL  155.25 00 AM

THAT ON 08/09/2016, UPON THE AFORESAID CONVICTION BY TRIAL THE HONORABLE
CONVISER,DANIEL  THEN A JUDGE OF THIS COURT, SENTENCED THE DEFENDANT
AS A SECOND VIOLENT FELONY OFFENDER TO

ASSAULT 2nd DEGREE PL  120.05 03 DF
IMPRISONMENT =   5 YEAR(S)
POST-RELEASE PAROLE SUPERVISION = 5 YEAR(S)

PETIT LARCENY  PL  155.25 00 AM
IMPRISONMENT =   1 YEAR(S)


CVAF = $25 (JUDGMENT ORDERED)
DNA  = $50 (JUDGMENT ORDERED)
SURCHARGE = $300 (JUDGMENT ORDERED)



IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 10/11/2017.

                                          _____
                                                    COURT CLERK