**UNIFORM SENTENCE & COMMITMENT**  UCS-854(8/2011)

STATE OF NEW YORK
SUPREME COURT, COUNTY OF NEW YORK
PRESENT: HON CONVISER, DANIEL

Court Part: 95
Court Reporter: M POSTEL
Superior Ct. Case #: 01341N-2015

The People of the State of New York
-vs-
AITABDELLAH SALEM
Defendant

| | Accusatory Instrument Charge(s) | Count # | Law/Section & Subdivision |
|---|---|---|---|
| 1 | PBTOOL | 3 | PL 140.35(00) |
| 2 | PLAR | 2 | PL 155.25(00) |
| 3 | ASLT2 | 1 | PL 120.05(03) |
| 4 | | | |

| Sex | DOB | NYSID #: | Criminal Justice Tracking # | Date(s) of Offense: | To |
|---|---|---|---|---|---|
| Male | | 08386091H | 66909387P | 11/21/2014 | |

THE ABOVE NAMED DEFENDANT HAVING BEEN CONVICTED BY [ ] PLEA OR [✓] VERDICT, THE MOST SERIOUS OFFENSE BEING A [✓] FELONY OR [ ] MISDEMEANOR OR [ ] VIOLATION, IS HEREBY SENTENCED TO:

| Crime | Count # | Law/Section & Subdivision | SMF, Hate or Terror | Minimum Period | Maximum Term | Definite / Determinate ** | Post-Release Supervision | CJTN |
|---|---|---|---|---|---|---|---|---|
| 1 PLAR | 2 | PL 155.25(00) | | | | 1 year (Def) | | |
| 2 ASLT2 | 1 | PL 120.05(03) | | | | 5 Y (Det) | 5 Y | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |

** NOTE: For each DETERMINATE SENTENCE imposed, a corresponding period of POST-RELEASE SUPERVISION MUST be indicated [PL § 70.45].

[✓] Counts 1 and 2 shall run CONCURRENTLY with each other [ ] Count(s) _____ shall run CONSECUTIVELY to count(s) _____
Sentence imposed herein shall run CONCURRENTLY with _____ and/or CONSECUTIVELY to _____
Sentence imposed herein shall include a CONSECUTIVE _____ term of [ ] PROBATION OR [ ] CONDITIONAL DISCHARGE ],
with an Ignition Interlock Device condition, that shall commence upon the defendant's release from imprisonment [PL § 60.21]
Conviction includes: WEAPON TYPE: _____ and/or DRUG TYPE: _____
Charged as a 'JUVENILE OFFENDER- age at time crime committed: _____ years   Court certified the Defendant a SEX OFFENDER [Cor. L § 168-d]
Adjudicated a YOUTHFUL OFFENDER [CPL § 720.20]   CASAT ordered [PL § 60.04(6)]
Execute as a sentence of PAROLE SUPERVISION [CPL § 410.91]   SHOCK INCARCERATION ordered [PL § 60.04(7)]
Re-sentenced as a PROBATION VIOLATOR [CPL § 410.70]

[✓] As a: [ ] Second [✓] Second Violent [ ] Second Drug [ ] Second Drug w/prior VFO   [ ] Predicate Sex Offender   **FELONY**
[ ] Predicate Sex Offender w/prior VFO [ ] Second Child Sexual Assault [ ] Persistent   [ ] Persistent Violent   **OFFENDER**

Paid  Not Paid  Deferred (If deferred, court must file written order [CPL §420.40(5)])   Paid  Not Paid  Deferred (If deferred, court must file written order [CPL §420.40(5)])

| | | | |
|---|---|---|---|
| [✓] Mandatory Surcharge | $300.00 | [✓] Crime Victim Assistance Fee | $25.00 |
| [ ] Fine | $ | [ ] Restitution | $ |
| [✓] DNA Fee | $50.00 | [ ] Sex Offender Registration Fee | $ |
| [ ] DWI/Other | $ | [ ] Supplemental Sex Off. Victim Fee | $ |

THE SAID DEFENDANT BE AND HEREBY IS COMMITTED TO THE CUSTODY OF THE:

[✓] NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older not presently in the custody of the NYSDOCS. (New York City Department of Corrections) is directed to deliver the defendant to the custody of NYSDOCS as provided in 7 NYCRR Part 103.

[ ] NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older presently in the custody of NYSDOCS, defendant shall remain in the custody of the NYSDOCS.

[ ] NYS Office of Children and Family Services in accordance with the law, being a person less than sixteen (16) years of age at the time the crime was committed.

[ ] County Jail/Correctional Facility

TO BE HELD UNTIL THE JUDGMENT OF THIS COURT IS SATISFIED.
REMARKS:
civil judgement entered

Commitment, Order of Protection & Pre-Sentence Report received by Correctional Authority as indicated:
Official Name _____
State No _____

Pre-Sentence Investigation Report Attached: [✓] Yes [ ] No
Order of Protection Issued: [ ] Yes [✓] No     Amended Commitment:  Original Sentence Date: _____
Order of Protection Attached: [ ] Yes [✓] No

08/09/2016   MILTON TINGLING   by: _____signature_____   SENIOR COURT CLERK
Date   Clerk of the Court   Signature   Title

CERTIFICATION OF JAIL TERM
PRIOR TO SENTENCE
Ait-Abdellah   Salem
The person named herein has spent
Four hundred Seventy (470 )
days in detention before sentence
and transfer. Said time includes the
period under arrest and confinement
in an institution of the N. Y. C.
Department of Correction.
Signature ____
Title  C/O
Date 8/18/16

Amkc
10/7/15 - 8/18/16 - 317

MDC
7/23/15 - 7/30/15 - 8

Amkc
11/22/14 - 9/15/15 - 145

THE CITY OF NEW YORK - DEPT OF CORRECTION

JAIL TIME CERTIFICATION                                            PAGE   1

NYSID: 3894090H
NAME: AIT ABDELLAH, SALEM            Docket #: 2014NY088542         Indictment #:
Outstanding City Sentence Time:?0000
                                                Calculated Jail Time : 0470
                                              + Additional Jail Time : 0000
                                              - Excess Jail Time     : 0000
                                                                       ----
                                                Total Jail Time      : 0470

All Department of Correction procedures were followed in preparing the certification.

Jail Time Certified by _____ /7/14_                           Facility: AMKC

| BKACS | Associated Docket | Indictment | Arrest Date | Discharge Date | Last Code | Start Hous | City Sent Date | Sent # | # Days |
|---|---|---|---|---|---|---|---|---|---|
| 3491511484 | 2014NY088542 | 01341/2015 | 07-OCT-15 |  |  | AMKC |  |  | 0317 |
| 3491508391 | 2014NY088542 | 01341/2015 | 23-JUL-15 | 30-JUL-15 | BP | MDC |  |  | 0008 |
| 8951401121 | 2014NY088542 | 00000 0000 | 22-NOV-14 | 15-APR-15 | BP | AMKC |  |  | 0146 |