Department of Corrections and Community Supervision

## Inmate Information

Inmate Information Data Definitions are provided for most of the elements listed below. When a detailed definition is available for a specific element, you may click on the element's label to view it.

### Identifying and Location Information
### As of 11/13/18

| | |
|---|---|
| DIN (Department Identification Number) | 16A3377 |
| Inmate Name | SALEM, AITABDELLAH |
| Sex | MALE |
| Date of Birth | |
| Race / Ethnicity | BLACK |
| Custody Status | IN CUSTODY |
| Housing / Releasing Facility | COLLINS |
| Date Received (Original) | 08/19/2016 |
| Date Received (Current) | 08/19/2016 |
| Admission Type | NEW COMMITMENT |
| County of Commitment | NEW YORK |
| Latest Release Date / Type (Released Inmates Only) | |

### Crimes of Conviction
If all 4 crime fields contain data, there may be additional crimes not shown here. In this case, the crimes shown here are those with the longest sentences.
### As of 11/13/18

| Crime | Class |
|---|---|
| ASSAULT 2ND | D |
| CRIM TAMPERING 1ST | D |
| | |
| | |

### Sentence Terms and Release Dates
Under certain circumstances, an inmate may be released prior to serving his or her minimum term and before the earliest release date shown for the inmate.
### As of 11/13/18

| | |
|---|---|
| Aggregate Minimum Sentence | 0004 Years, 03 Months, 10 Days |
| Aggregate Maximum Sentence | 0005 Years, 00 Months, 00 Days |
| Earliest Release Date | 08/13/2019 |
| Earliest Release Type | PAROLE ELIGIBILITY DATE |
| Parole Hearing Date | 04/2019 |
| Parole Hearing Type | INITIAL RELEASE APPEARANCE |
| Parole Eligibility Date | 08/13/2019 |
| Conditional Release Date | 08/13/2019 |
| Maximum Expiration Date | 05/03/2020 |
| Maximum Expiration Date for Parole Supervision | |
| Post Release Supervision Maximum Expiration Date | |
| Parole Board Discharge Date | |

Department of Corrections and Community Supervision