THE LAW OFFICES OF
**WELTON K. WISHAM, ESQ**
ATTORNEY AND COUNSELLOR AT LAW
1200 Waters Place, Suite 105
Bronx, New York 10461

Office (212) 709-8183                                             Facsimile: (718) 678-8062

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _1-10-19_

Re: **Aitabdellah Salem v. City of New York**, et.al.
   17 CV 4799 (JGK)
   Request to Extend number of words in Motion in Opposition

Your Honor,

   Please be advised that I am counsel to Mr. Aitabdellah Salem in the above reference matter, and as such, I am fully familiar with the facts and circumstances in this case.

   As counsel to the Plaintiff, I am hereby respectfully requesting permission to extend the number of words in Plaintiff's Motion in Opposition to a total of 8, 574, which consists of 25 pages.

   Mr. Joseph Gutmann, counsel for the Defendants has consented to my request. As counsel for the Plaintiff the extension is needed to adequately address the issues involved in Plaintiff's Second Amended Complaint which is scheduled to be filed on Friday, January 4, 2019.

   No prior application has been made regarding this matter. I thank you for your attention to this matter.

                                             Respectfully Submitted,

                                             /s/ Welton K. Wisham (WW8674)
                                             _____
                                             Attorney for the Plaintiff

APPLICATION GRANTED
SO ORDERED
_/s/ John G. Koeltl_
John G. Koeltl, U.S.D.J.

1/10/19

To:
Mr. Joseph Gutmann, Esq.
Special Federal Litigation Division
The City of New York Law Department
100 Church Street, 3rd FL.
New York, New York, 10007
(212) 356-2659