```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

AITABEDELLAH SALEM,

              Plaintiff,

   - against -

CITY OF NEW YORK et al.,

             Defendants.

17cv4799 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2019

JOHN G. KOELTL, District Judge:

    By letter motion dated November 9, 2018, the defendants requested leave to exceed the Court's word limit in their memorandum of law supporting their motion to dismiss. (Dkt. No. 80.) The defendants subsequently filed their memorandum of law in excess of the word limit, as they had requested. The Court had intended to grant the motion to exceed the word limit and did grant such a motion to the plaintiff in this case. (Dkt. No. 87.) Thus, the defendants' motion for leave to file excess words is **granted** and the Court will consider the defendants' papers as they are currently filed.

    The defendants also requests an extension of time to file their reply papers for the motion to dismiss by February 12, 2019. That motion is unopposed and is therefore **granted.**

The Clerk of Court is directed to close docket numbers 80 and 88.

**SO ORDERED.**

Dated:   New York, New York
         February 9, 2019

                                    _____
                                          John G. Koeltl
                                    **United States District Judge**