UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

AITABDELLAH SALEM,

                           Plaintiff,

               -against-

CITY OF NEW YORK, JOSEPH PONTE, COMMISSIONER OF THE NEW YORK CITY DEPARMTENT OF CORRECTION, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO.1, WARDEN, NEW YORK CITY DEPARTMENT OF CORRECTION, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO. 2, ASSISTANT WARDEN, OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO.3, TOUR COMMANDER NEW YORK CITY DEPARTMENT OF CORRECTION, AMKC, RIKERS ISLAND, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO. 4, CAPTAIN, NEW YORK CITY DEPARTMENT OF CORRECTION, AMKC, RIKERS ISLAND, IN HIS INDIVIDUAL CAPACITY,

                           Defendants.
------------------------------------------------------------------------ x

**NOTICE OF SUBSTITUTION OF COUNSEL**

17 Civ. 4799 (JGK)

        **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Joseph Gutmann, Esq., as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendants City of New York and Commissioner Joseph Ponte:

                Kathleen D. Reilly
                *Assistant Corporation Counsel*
                New York City Law Department
                100 Church Street, Room 3-186
                New York, NY 10007
                (212) 356-2663
                kareilly@law.nyc.gov

        Please serve all papers and future notifications on the attorney for defendants City of New York and Commissioner Joseph Ponte at the address set forth above and at

ecf@law.nyc.gov, and please terminate Joseph Gutmann as counsel of record and replace him with Kathleen D. Reilly.

Dated: New York, New York
       August 15, 2019

                                    ZACHARY W. CARTER
                                    Corporation Counsel
                                        of the City of New York
                                  *Attorney for the City of New York and Ponte*
                                    100 Church Street, Rm. 3-186
                                    New York, New York 10007
                                    (212) 356-2663
                                    kareilly@law.nyc.gov

                                    By:               /s/
                                        _____
                                        KATHLEEN D. REILLY
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division

cc:    **BY ECF**
       Welton Kemilious Wisham, *Attorney for Plaintiff*

Docket No. 17 Civ. 4799 (JGK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AITABDELLAH SALEM,

                                    Plaintiff,

-against-

CITY OF NEW YORK, JOSEPH PONTE, COMMISSIONER OF THE NEW YORK CITY DEPARMTENT OF CORRECTION, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO.1, WARDEN, NEW YORK CITY DEPARTMENT OF CORRECTION, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO. 2, ASSISTANT WARDEN, OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO.3, TOUR COMMANDER NEW YORK CITY DEPARTMENT OF CORRECTION, AMKC, RIKERS ISLAND, IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO. 4, CAPTAIN, NEW YORK CITY DEPARTMENT OF CORRECTION, AMKC, RIKERS ISLAND, IN HIS INDIVIDUAL CAPACITY,

                                    Defendants.

**NOTICE OF SUBSTITUTION OF COUNSEL**

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
*Attorney for the City and Ponte*
100 Church Street
New York, New York 10007

Of Counsel:  Kathleen D. Reilly
Tel:  (212) 356-2663

*Due and timely service is hereby admitted.*

*New York, New York............................................, 2019*

*............................................................................ Esq.*

*Attorney for......................................................................*