

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KATHLEEN D. REILLY<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2663<br>Fax: (212) 356-3558<br>Email: kareilly@law.nyc.gov |
|---|---|---|

August 15, 2019

**BY ECF**
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-16-19
```

Re:   Aitabdellah Salem v. City of New York, et al.
      17 Civ. 4799 (JGK)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York. I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to request that the Court issue an Order substituting the undersigned as counsel of record on behalf of defendants City of New York and Commissioner Joseph Ponte in place of Assistant Corporation Counsel Joseph Gutmann, who left our Office on August 12, 2019. Simultaneously herewith, I am filing a notice of substitution of counsel, and our Office respectfully requests that Mr. Gutmann be removed as an attorney of record on this matter.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/

Kathleen D. Reilly
Assistant Corporation Counsel
Special Federal Litigation Division

SO ORDERED
/s/ J. Koeltl [JGK]
USDJ
8-16-19

cc:   **BY ECF**
      Welton Kemilious Wisham, *Attorney for Plaintiff*