UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――X

AITABDELLAH SALEM

**Case No. 17 CV 4799 (JGK)**

**NOTICE OF APPEAL**

      **Plaintiff,**

CITY OF NEW YORK, JOSEPH PONTE, COMMISSIONER
OF THE NEW YORK CITY DEPARTMENT OF CORRECTION,
IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO.1, WARDEN,
NEW YORK CITY DEPARTMENT OF CORRECTION, IN HIS
INDIVIDUAL CAPACITY, JOHN DOE NO. 2, ASSISTANT WARDEN,
OF THE NEW YORK CITY DEPARTMENT OF CORRECTION,
IN HIS INDIVIDUAL CAPACITY, JOHN DOE NO.3, TOUR COMMANDER
NEW YORK CITY DEPARTMENT OF CORRECTION, AMKC, RIKERS ISLAND,
IN HIS INDIVIDUAL CAPACITY, AND JOHN DOE NO. 4, CAPTAIN,
NEW YORK CITY DEPARTMENT OF CORRECTION, AMKC,
RIKERS ISLAND, IN HIS INDIVIDUAL CAPACITY.

      Defendants,
―――――――――――――――――――――――――――――X

**NOTICE IS HEREBY GIVEN** that that Aitabdellah Salem, Plaintiff, in the above named case hereby appeals to the United States Court of Appeal for the Second Circuit from the Judgment entered on September 6, 2019, by Ruby J. Krajick, Clerk of the Court for the Southern District of New York , which granted in full the Defendants' motion to dismiss Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: September 23, 2019
      New York, New York

                                   By:    /s/ WW8674
                                      Welton K. Wisham, Esq.
                                   43 West 43rd Street, Suite 246
                                   New York, New York 10036-7424
                                         212- 719-8183
                               Attorney for Plaintiff, Appellant,
                                         Aitabdellah Salem